

U.S. Department of Justice

United States Attorney
District of Arizona

Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408

Main: (602) 514-7500
MAIN FAX: (602) 514-7693

June 13, 2013

Molly Dwyer, Clerk
United States Court of Appeals
   For the Ninth Circuit
Post Office Box 193939
San Francisco, California 94119-3939

     Re:   *United States v. Daniel David Rigmaiden*
            C.A. No. 13-10254

Dear Ms. Dwyer:

     As it is well settled that an order denying a motion to suppress evidence at trial is not a final appealable order, the United States, plaintiff-appellee, hereby notifies the Court of its intent to file no response to appellant's June 5, 2013, filing unless a response is requested by the Court.

                             Sincerely yours,

                             JOHN S. LEONARDO
                             United States Attorney
                             District of Arizona

                             *s/ Frederick A. Battista*
                             FREDERICK A. BATTISTA
                             Assistant U.S. Attorney

Letter to Molly Dwyer
June 13, 2013
Page 2

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2013, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.


                                              *s/ Frederick A. Battista*
                                              FREDERICK A. BATTISTA
                                              Assistant U.S. Attorney