UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff-Appellee,<br><br>v.<br><br>DANIEL DAVID RIGMAIDEN,<br><br>  Defendant-Appellant. | C.A. No. 13-10254<br>D.Ct. No. CR-08-0814-PHX-DGC<br><br>**NOTICE TO ADD COUNSEL** |

Plaintiff-Appellee, by and through undersigned counsel, hereby gives notice to this Court that Assistant U.S. Attorney James R. Knapp has been added as counsel for plaintiff-appellee, as of this date.

Respectfully submitted this 5th day of September, 2013.

JOHN S. LEONARDO
United States Attorney
District of Arizona

*s/James R. Knapp*
JAMES R. KNAPP
Assistant U.S. Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, AZ 85004-4408
Telephone: (602) 514-7500
Attorneys for Appellee

CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2013, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in this case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid or have dispatched it to a third party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

Daniel David Rigmaiden
Fed. Reg. No. 10966111
CCA-CADC
P.O. Box 6300
Florence, AZ 85132

*s/ James R. Knapp*
JAMES R. KNAPP
Assistant U.S. Attorney