RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

SEP 16 2013

FILED
DOCKETED          DATE          INITIA

September 10, 2013
RE: US v. Rigmaiden, No. 13-10254

Daniel Rigmaiden #10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

Molly C. Dwyer, Clerk of the Court
US Court of Appeals for the Ninth Circuit
PO Box 193939
San Francisco, CA. 94119-3939

Molly C. Dwyer:

    I am Appellant in the above captioned case. I am representing myself but district court appointed shadow/advisory counsel Philip Seplow is using his e-filing account to file my documents.

    For some reason, I am not being mailed documents filed by the Ninth Circuit. For example, the Court's recent order requiring the government to file a response to my response to the Court's order to show cause was never mailed to me at CCA-CADC.

    Considering I am representing myself, I would appreciate it if the Court would mail me copies of all relevant documents that are filed. Mr. Seplow's office cannot be depended upon to provide me with copies of anything. For example, I have still not been provided with a copy of the Court's last order. I appreciate your assistance.

Sincerely,

Daniel Rigmaiden
Daniel Rigmaiden