# EXHIBIT 02

FILED

NOV 19 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 13-10254 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 2:08-cr-00814-DGC-1
District of Arizona,
Phoenix |
| v. | |
| DANIEL DAVID RIGMAIDEN, | ORDER |
| Defendant - Appellant. | |

Before: SILVERMAN, BYBEE, and CHRISTEN, Circuit Judges.

Upon review of the responses to the court's May 16, 2013 and August 16, 2013 orders to show cause, we dismiss this interlocutory appeal for lack of jurisdiction. *See DiBella v. United States*, 369 U.S. 121, 131-32 (1962); *Andersen v. United States*, 298 F.3d 804, 807-08 (9th Cir. 2002).

**DISMISSED.**

AT/MOATT