FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 23 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-10254 |
| Plaintiff - Appellee, | D.C. No. 2:08-cr-00814-DGC-1<br>District of Arizona,<br>Phoenix |
| v. | |
| DANIEL DAVID RIGMAIDEN, | ORDER |
| Defendant - Appellant. | |

Before: SILVERMAN, BYBEE, and CHRISTEN, Circuit Judges.

Appellant's motion for reconsideration is denied. *See* 9th Cir. R. 27-10.

Appellant's motion for reconsideration en banc is denied on behalf of the court. *See* 9th Cir. Gen. Ord. 6.11.

No further filings will be entertained in this closed case.

AT/MOATT