UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| FILED |
|---|
| FEB 04 2014 |
| MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

DANIEL DAVID RIGMAIDEN,

    Defendant - Appellant.

No. 13-10254

D.C. No. 2:08-cr-00814-DGC-1
U.S. District Court for Arizona, Phoenix

**MANDATE**

    The judgment of this Court, entered November 19, 2013, takes effect this date.

    This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

> FOR THE COURT:
> Molly C. Dwyer
> Clerk of Court
>
> Rhonda Roberts
> Deputy Clerk